```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Ste. 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-0215 GEB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| GUADALUPE FELIX CASTALANO, and JORGE FELIX CASTELLANO, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Guadalupe Felix Gastalano and Jorge Felix Castellano, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $20,062.05 in U.S. Currency seized on or about May 5, 2006 from the residence located at 3205 Warwick Court, Stockton, CA; and

    b. Approximately $12,887.16 in U.S. Currency seized on or about May 5, 2006 from the residence located at 3205 Warwick Court, Stockton, CA.

1

1    2.   The above-listed property constitutes, or was derived
2 from, proceeds obtained, directly or indirectly, as a result of
3 the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).
4    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the
7 United States Marshals Service, in its secure custody and
8 control.
9    4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule
10 83-171, the United States forthwith shall publish at least once
11 for three successive weeks in the <u>Stockton Record</u> (San Joaquin
12 County), a newspaper of general circulation located in the county
13 in which the above-listed property was seized, notice of this
14 Order, notice of the Attorney General's and/or Secretary of
15 Treasury's intent to dispose of the property in such manner as
16 the Attorney General and/or the Secretary of Treasury may direct,
17 and notice that any person, other than the defendants, having or
18 claiming a legal interest in the above-listed property must file
19 a petition with the Court within thirty (30) days of the final
20 publication of the notice or of receipt of actual notice,
21 whichever is earlier.
22        b.   This notice shall state that the petition shall be
23 for a hearing to adjudicate the validity of the petitioner's
24 alleged interest in the property, shall be signed by the
25 petitioner under penalty of perjury, and shall set forth the
26 nature and extent of the petitioner's right, title or interest in
27 the property and any additional facts supporting the petitioner's
28 claim and the relief sought.

c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of forfeiture, as a substitute for published notice as to those persons so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

Dated: July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge