McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-0215 GEB |
| Plaintiff, | [Proposed] ORDER TO INCORPORATE PRELIMINARY ORDER |
| v. | OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| GUADALUPE FELIX CASTALANO, and JORGE FELIX CASTELLANO, | |
| Defendants. | |

The Preliminary Order of Forfeiture entered July 24, 2007 is hereby made final as to the defendants Guadalupe Felix Castalano and Jorge Felix Castellano and shall be incorporated into the Judgment in a Criminal Case as to each defendant filed October 1, 2007.

Dated: October 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1