1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-0215 GEB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GUADALUPE FELIX CASTALANO, and JORGE FELIX CASTELLANO, | |
| Defendants. | |

WHEREAS, on July 24, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreements entered into between plaintiff United States of America and defendants Guadalupe Felix Castalano and Jorge Felix Castellano forfeiting to the United States the following property:

      a. Approximately $20,062.05 in U.S. Currency seized on or about May 5, 2006 from the residence located at 3205 Warwick Court, Stockton, CA; and

      b. Approximately $12,887.16 in U.S. Currency seized on or about May 5, 2006 from the residence located at 3205 Warwick Court, Stockton, CA.

AND WHEREAS, on September 25, October 2 and 9, 2007, the

1

United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendants Guadalupe Felix Castalano and Jorge Felix Castellano.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated:  December 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge